

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:        01-21-00439-CR

Trial court case number:      87429-CR

Trial court:                  149th District Court of Brazoria County

On November 16, 2022, appellee, the State of Texas, filed a "Motion to Exceed Word Count." We **grant** appellee's motion.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
☑ Acting individually    ☐ Acting for the Court

Date: __November 22, 2022_____